UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| | | |
|---|---|---|
| **KING & BALLOW,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:12-cv-0660 |
| | ) | JURY DEMAND |
| **MAINETODAY MEDIA INC.,** | ) | JUDGE TRAUGER |
| | ) | |
| Defendant. | ) | MAGISTRATE JUDGE BRYANT |

## JOINT MOTION FOR AN INDICATIVE RULING

COME NOW Defendant MaineToday Media, Inc. ("MaineToday") and Plaintiff King & Ballow ("King & Ballow") and jointly move this Court for an indicative ruling pursuant to Federal Rule of Civil Procedure 62.1. The parties hereby provide notice of their settlement of all matters in dispute, subject to this Court's willingness to take certain actions necessary to effectuate the settlement.

While on appeal from this Court, the parties had settlement discussions, which have led to an agreement that will settle and resolve the underlying dispute and all related issues. The terms of the settlement require the entry of a consent judgment in this Court. (Proposed Consent Judgment attached hereto as Exhibit 1). To permit the parties to effectuate the terms of the settlement, the Sixth Circuit Court of Appeals granted the parties' Joint Motion to Postpone Oral Argument to Effectuate Settlement on June 4, 2013. (Attached hereto as Exhibit 2).