UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KING & BALLOW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:12-cv-0660 |
| | ) | **JURY DEMAND** |
| MAINETODAY MEDIA INC., | ) | **JUDGE TRAUGER** |
| | ) | |
| Defendant. | ) | **MAGISTRATE JUDGE BRYANT** |

## ~~PROPOSED~~ ORDER

This matter came before the Court upon the joint motion of the parties pursuant to Federal Rule of Civil Procedure 62.1, which requested this Court to indicate its willingness to accept the limited remand from the Court of Appeals and proceed to enter the proposed Consent Judgment.

Having considered the parties' joint motion and the entire record, the Court is of the opinion, and so finds, that if the case is remanded to it by the Court of Appeals, it will grant the relief requested.

**IT IS, THEREFORE, ORDERED BY THE COURT** that if this case is remanded to the District Court by the Court of Appeals, this Court would grant the relief requested by the parties' and proceed to enter the proposed Consent Judgment.

**SO ORDERED THIS** 12th **DAY OF** June, 2013.

_____
ALETA TRAUGER
UNITED STATES DISTRICT JUDGE